1  LOUIS R. DUMONT - State Bar No. 130198
2  DAVID G. TORRES-SIEGRIST – State Bar No. 220187
   CARPENTER, ROTHANS & DUMONT
   888 S. Figueroa Street, Suite 1960
3  Los Angeles, CA  90017
   (213) 228-0400
4  (213) 228-0401 [Fax]
   ldumont@crdlaw.com/dsiegrist@crdlaw.com
5
   Attorneys for Defendant, EASTSIDE UNION SCHOOL DISTRICT,
6                      a public entity

8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA

11 VINCENT C. WHITE                 ) Case No.:  CV 12-04622 RGK (JCx)
                                    )
12         Plaintiffs,               )
                                    ) [~~Proposed~~] JUDGMENT
13                                  )
           vs.                       )
14                                  )
                                    )
15                                  )
   EASTSIDE UNION SCHOOL             )
16 DISTRICT                          )
                                    )
17         Defendant.                )
                                    )
18                                  ) HON. R. GARY KLAUSNER
                                    ) U.S. DISTRICT COURT  JUDGE
19

20      Defendant Eastside Union School District's Motion for Summary Judgment
21 or, in the alternative, Partial Summary Judgment of Issues, scheduled for hearing
22 on August 12, 2013, at 9:00 a.m. in Courtroom 850 of the United States District
23 Court came on for hearing and was taken under submission by the Honorable R.
24 Gary Klausner, Judge Presiding.  After reviewing the moving and opposing papers,
25 as well as the evidence presented in support of and in opposition to the motion, the
26 matter have been duly considered, the issues having been duly heard, and a
27 decision having been duly rendered,
28 \\\

- 1 -

[Proposed] JUDGMENT

1   IT IS HEREBY ORDERED AND ADJUDGED that the Defendant Eastside
2   Union School District's Motion for Summary Judgment is GRANTED and
3   plaintiff shall take nothing from defendant.  There being no just cause for delay,
4   this action as to Defendant Eastside Union School District is dismissed on the
5   merits as set forth in the Court's August 21, 2013, Order which is attached as
6   "Exhibit A."  Defendant Eastside School District shall recover its costs.

9   DATED:  September 5, 2013    _____
                                  **HON. R. GARY KLAUSNER**
                                  **U.S. DISTRICT COURT JUDGE**